UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

In Re: LORISE MONTAGUE

CASE NO: 14-34046-BKC AJC

Debtor.
_____/

**NOTICE OF WITHDRAWAL OF COURT PAPER 67 (Motion to Reinstate Case)**

COMES NOW the Debtor, LORISE MONTAGUE, by and through the undersigned attorney and files this Notice of Withdrawal of Court Paper 67 and states:

1. That the motion is hereby withdrawn.

JARED KULLMAN
_____
Jared J. Kullman
Attorney For Debtor
1910 S. State Road 7
Miramar, FL 33023
(954)629-9319
Bankruptmenow@yahoo.com