20110 NE 2ND AVE. • MIAMI GARDENS, FL 33179

# Ro-Mont South Green

## 55 AND OVER COMMUNITY ASSOCIATION INC.

Tel: **305.651.6002** • Cell: **305.807.5737** • Fax: **305.651.0087** • E-mail: **romontgreen@yahoo.com**



U.S. BANKRUPTCY COURT
SO. DISTRICT OF FLORIDA

DEC 1 2 2016

FILED _____ RECEIVED _____

December 7, 2016

We are hereby giving NOTICE OF WITHDRAWAL, to claim funds for case #14-34046-AJC Lorise M. Montague.

Thank you,

Martin Rubinfeld, Treasurer
For Romont South Green